IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-50,191-03






EX PARTE JOSÉ ERNESTO MEDELLÍN, Applicant









ON APPLICATION FOR WRIT OF HABEAS CORPUS, MOTION FOR LEAVE
TO FILE AN ORIGINAL WRIT OF HABEAS CORPUS, AND MOTION FOR
STAY OF EXECUTION FROM CAUSE NO. 675430

IN THE 339TH DISTRICT COURT

HARRIS COUNTY




 Meyers, J., filed a dissenting statement. 


 I would file and set applicant's Article 11.071/original writ. See Ex parte Davis,
947 S.W.2d 216 (Tex. Crim. App. 1996).


 Meyers, J.

Filed: July 31, 2008

Publish